BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URUJENI MANZI BAKURMUTSA, ) | No. 2:11-cv-657 KJM DAD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | RE: DISMISSAL |
| v. ) | |
| ) | |
| Michael Biggs, United States Citizenship ) | |
| and Immigration Services, et al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This is an immigration case in which plaintiff challenges the denial of her application to adjust status to that of lawful permanent resident by defendant United States Citizenship and Immigration Services. Plaintiff will be refiling the application at the administrative level, and accordingly, the parties stipulate to the dismissal of this lawsuit.

Dated: June 21, 2011

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                              By:    /s/Audrey Hemesath
                                      Audrey B. Hemesath
                                      Assistant U.S. Attorney
                                      Attorneys for the Defendants

                              By:    /s/ Robert B. Jobe
                                      Robert B. Jobe
                                      Attorney for the Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

For the reasons stated in the foregoing Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the matter is dismissed and the case is CLOSED.

IT IS SO ORDERED.

DATED: July 12, 2011.

_____
UNITED STATES DISTRICT JUDGE